**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CR. No. 05- 65S**

**KENNETH GIBBS**

**MOTION TO WITHDRAW**

Now comes the undersigned counsel and hereby moves to withdraw his appearance. In support of this motion, counsel submits that there is a potential for a conflict of interest in this matter that compels withdrawal. Counsel has contacted the Assistant United States Attorney assigned to this matter, notes that the government is aware of the reason for the motion, and submits that the government does not object thereto .

Thomas G. Briody
R.I. Bar no. 4427
72 Pine Street
Providence, RI 02903
(401) 751-5151 (office)
(401) 331-7454 (facsimile)
Tbriodylaw@aol.com

**CERTIFICATION**

The undersigned certifies that a true copy of this motion was mailed first class to Dulce Donovan, Assistant United States Attorney, Fleet Center, Providence, RI 02903 on this 13th of June, 2005.