**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-65S** |
| | ) | |
| **KENNETH GIBBS** | ) | |

---

## MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Kenneth Gibbs, by and through his counsel, and moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for July 6, 2005, until the Court's September empanelment date. The accused moves this Court for the exclusion of a total period of 60 days under the Speedy Trial Act. In support of this motion, counsel states that this matter was assigned to the Federal Public Defender Office as recently as June 21, 2005. Counsel is requesting the additional time to review the case and meet with Mr. Gibbs.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted
Kenneth Gibbs
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of this Motion to be delivered to Dulce Donovan, Assistant United States Attorney, on June 22, 2005.