AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

US

v.

Kenneth Gibbs

APPEARANCE

CASE NUMBER: 05-065 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

6-23-05
*Date*

[signature]
*Signature*

Kevin J. Fitzgerald
*Print Name*

10 Weybosset St, Ste. 300
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

401-528-4281
*Phone Number*