UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

# CLERK'S MINUTES

**CASE NUMBER: CR05-65S** **August 1, 2005**

**TITLE: USA V. KENNETH GIBBS**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: [illegible] a.m. - 11:27 a.m.**

---

**COUNSEL PRESENT:** **Government - Dulce Donovan, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**
**Probation - [illegible]**

**<u>RE: Change of Plea Hearing</u>**

**<u>Proceedings:</u> All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the elements and the facts of this case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Count I; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Thursday, October 20, 2005 at 9:30 a.m.; Defendant to remain in custody.**