United States District Court District of Rhode Island

# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

RECEIVED
AUG 02 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***Case No. CR05-65-01S***

*To:* ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Kenneth Gibbs**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **20th** day of **October, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: August 1, 2005.

David A. DiMarzio, Clerk

*By* ***Doreen Baldinelli - Deputy Clerk***

Sentencing