# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

*Case No. CR05-65S*

RECEIVED
OCT 2 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

*To: Warden*
*ACI*
*Cranston, RI 02920*

YOU ARE HEREBY COMMANDED, to have the **body** of **Kenneth Gibbs**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:30 o'clock p.m.**, on the 9th day of **December, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: October 20, 2005.

David A. DiMarzio, Clerk

Sentencing

*By* *Doreen Baldinelli - Deputy Clerk*